MARCH 22, 1968.

No. ——. WINTERS *v.* UNITED STATES ET AL. Application for stay presented to MR. JUSTICE HARLAN, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the application. *Moses M. Falk* for applicant. *Solicitor General Griswold* for the United States et al. in opposition.

MARCH 25, 1968.

No. 32, Orig. MISSOURI *v.* NEBRASKA. Answer of the State of Nebraska referred to Special Master. [For earlier order herein, see 389 U. S. 1001.]

No. 813. SHAPIRO, COMMISSIONER OF WELFARE OF THE STATE OF CONNECTICUT *v.* THOMPSON. Appeal from D. C. Conn. (Probable jurisdiction noted, 389 U. S. 1032);

No. 1134. WASHINGTON ET AL. *v.* HARRELL ET AL. Appeal from D. C. D. C. (Probable jurisdiction noted, *ante,* p. 940); and

No. 1138. REYNOLDS ET AL. *v.* SMITH ET AL. Appeal from D. C. E. D. Pa. (Probable jurisdiction noted, *ante,* p. 940.) Motion of the Attorney General of California for leave to participate in oral argument, as *amicus curiae,* denied. *Thomas C. Lynch,* Attorney General of California, on the motion.

No. 949. KING, COMMISSIONER, DEPARTMENT OF PENSIONS AND SECURITY, ET AL. *v.* SMITH ET AL. Appeal from D. C. M. D. Ala. (Probable jurisdiction noted, *ante,* p. 903.) Motion to remove case from summary calendar denied. *MacDonald Gallion,* Attorney General of Alabama, on the motion.